# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re: Corbett, Richard David § Case No. 09-22308-C-7
      Corbett, Julie Anna §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 11, 2009. The undersigned trustee was appointed on February 12, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ _____ 15,300.10

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 10,000.00 |
| Leaving a balance on hand of [1] | $ _____ 5,300.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 06/16/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,280.01. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,280.01, for a total compensation of $1,280.01. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/19/2010 By:/s/Michael F. Burkart
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| Case Number: | 09-22308-C-7 | Trustee: | (007840) | Michael F. Burkart |
| Case Name: | Corbett, Richard David | Filed (f) or Converted (c): | 02/11/09 (f) | |
| | Corbett, Julie Anna | §341(a) Meeting Date: | 03/18/09 | |
| Period Ending: 02/19/10 | | Claims Bar Date: | 06/16/09 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7304 Salt Spring Drive, Austin, TX (See Footnote) | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 8409 Gallatin Drive, Austin, TX (See Footnote) | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 10632 Marchita's Way, Austin, TX (See Footnote) | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 413 Crestland Drive, Norman, OK (See Footnote) | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2825 Harbour View Lane, Elk Grove, CA (See Footnote) | 300,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Checking Acct / Bank of the West | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Savings Acct / USAA | 20.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household Goods and Furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401(k) Plan / Debtor | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401(k) / Co-Debtor | 88,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA / Debtor | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | IRA / Co-Debtor | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | TSP Pension Plan / (Debtor) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Cal Tans, LLC (See Footnote) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Modesto Flight Center, Inc. (See Footnote) | 250,000.00 | 250,000.00 | OA | 0.00 | FA |
| 17 | Orbus Properties, LLC (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 18 | Income Tax Refunds for 2008 tax year (See Footnote) | 10,000.00 | 0.00 | | 15,299.00 | FA |
| 19 | Potential claim against Sky Trek Aviation | Unknown | Unknown | DA | 0.00 | FA |
| 20 | 2001 Honda Civic (See Footnote) | 500.00 | 0.00 | OA | 0.00 | FA |
| 21 | 2002 Saturn SL1 (See Footnote) | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 22 | 2003 Infiniti G35 (See Footnote) | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 23 | 2007 Toyota Tacoma (See Footnote) | 20,000.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.10 | Unknown |
| 24 | Assets Totals (Excluding unknown values) | $1,212,020.00 | $250,000.00 | | $15,300.10 | $0.00 |

RE PROP# 1 This is a rental home which is over encumbered leaving no equity available for the benefit of

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-22308-C-7 | | Trustee: | (007840) | Michael F. Burkart |
|---|---|---|---|---|---|
| Case Name: | Corbett, Richard David | | Filed (f) or Converted (c): | 02/11/09 (f) | |
| | Corbett, Julie Anna | | §341(a) Meeting Date: | 03/18/09 | |
| Period Ending: 02/19/10 | | | Claims Bar Date: | 06/16/09 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | Description |
|---|---|
| | unsecured creditors. |
| RE PROP# 2 | This is a rental home which is over encumbered leaving no equity available for the benefit of unsecured creditors. |
| RE PROP# 3 | This is a rental home which is over encumbered leaving no equity available for the benefit of unsecured creditors. |
| RE PROP# 4 | This is a rental home which is over encumbered leaving no equity available for the benefit of unsecured creditors. |
| RE PROP# 5 | This is the Debtors' primary residence which is over encumbered. |
| RE PROP# 15 | This is a small closely held corporate entity wholly owned by the Debtors which operates a tanning salon. |
| RE PROP# 16 | This is a small closely held entity which is wholly owned by the Debtors. Business has more secured debt than value of its assets. Business closed its doors on 1/27/09. |
| RE PROP# 17 | The only asset held by this entity is a small rental property commonly known as 1400 Beaumont, Norman, OK, which is over encumbered. |
| RE PROP# 18 | The debtor actually received the following refunds for the tax year of 2008: |

    Federal (IRS):    $11,810.00
    State (FTB):       3,489.00

    Total refunds:    $15,299.00

    Less
    Exemption claim : 10,000.00

    Net Refund:      $5,299.00 Turned over to the Bankruyptcy Estate.

| Ref. # | Description |
|---|---|
| RE PROP# 20 | Vehicle has over 200,000 miles on its odometer. |
| RE PROP# 21 | Vehicle has over 100,000 miles on its odometer. |
| RE PROP# 22 | Vehicle has over 79,000 miles on its odometer. |
| RE PROP# 23 | Vehicle has over 20,000 miles on its odometer. |

**Major Activities Affecting Case Closing:**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-22308-C-7 | Trustee: (007840) Michael F. Burkart |
| Case Name: Corbett, Richard David | Filed (f) or Converted (c): 02/11/09 (f) |
| Corbett, Julie Anna | §341(a) Meeting Date: 03/18/09 |
| Period Ending: 02/19/10 | Claims Bar Date: 06/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   March 10, 2010       Current Projected Date Of Final Report (TFR):   February 19, 2010 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 09-22308-C-7 |
| **Case Name:** | Corbett, Richard David |
| | Corbett, Julie Anna |
| **Taxpayer ID #:** | 54-6854727 |
| **Period Ending:** | 02/19/10 |

| | |
|---|---|
| **Trustee:** | Michael F. Burkart (007840) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-2246 - - Money Market Account |
| **Blanket Bond:** | $6,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/09 | | Richard Corbett (Debtor) | Represents the net income tax refunds (state & federal) for the tax year of 2008. | | 5,299.00 | | 5,299.00 |
| | {18} | Richard Corbett (Debtor) | Represents 2008 state & federal income tax refunds    15,299.00 | 1124-000 | | | 5,299.00 |
| | | Richard Corbett (Debtor) | -10,000.00 | 8100-002 | | | 5,299.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 5,299.04 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,299.25 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,299.46 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,299.68 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,299.90 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,300.10 |
| | | | **ACCOUNT TOTALS** | | 5,300.10 | 0.00 | $5,300.10 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,300.10 | 0.00 | |
| | | | Less: Payments to Debtors | | | 10,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,300.10** | **$-10,000.00** | |

```
          Net Receipts :      5,300.10
   Plus Gross Adjustments :  10,000.00
   Less Payments to Debtor :  10,000.00
                            _____
              Net Estate :    $5,300.10
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-2246 - | 5,300.10 | -10,000.00 | 5,300.10 |
| | **$5,300.10** | **$0.00** | **$5,300.10** |

Page 6 of 11

{} Asset reference(s)    Printed: 02/19/2010 03:27 PM    V.11.54

# Claims Proposed Distribution

## Case:  09-22308-C-7    Corbett, Richard David

| Case Balance: | $5,300.10 | Total Proposed Payment: | $5,300.10 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | Richard Corbett (Debtor) | Secured | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 | 0.00 | 5,300.10 |
| | **Claim Memo:** Represent the exemption claimed by the Debtors pertaining to their state and federal income tax refunds for the tax year of 2008. ||||||||
| 13 | Larry Askew & Patricia Askew | Secured | 57,040.03 | 0.00 | 0.00 | 0.00 | 0.00 | 5,300.10 |
| | **Claim Memo:** Represents a secured claim for loan secured by a broadform filing covering all assets of Modesto Flight Center created coincident with the sale of business assets to the Debtor. ||||||||
| 14 | Sandra Mesemhimer | Secured | 57,040.03 | 0.00 | 0.00 | 0.00 | 0.00 | 5,300.10 |
| | **Claim Memo:** Represents a secured claim for loan secured by a broadform filing covering all assets of Modesto Flight Center created coincident with the sale of business assets to the Debtor. ||||||||
| P | Michael F. Burkart <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,280.01 | 1,280.01 | 0.00 | 1,280.01 | 1,280.01 | 4,020.09 |
| | **Claim Memo:** Represents an administrative claim for Trustee's compensation. ||||||||
| 11 | Internal Revenue Service | Priority | 5,893.13 | 0.00 | 0.00 | 0.00 | 0.00 | 4,020.09 |
| | **Claim Memo:** Represents an unsecured priority claim for income taxes owed. Claim was amended by Claim No. 17 filed on 5/29/09. ||||||||
| 17 | Internal Revenue Service | Priority | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,020.09 |
| | **Claim Memo:** Represents an amendment of Claim No. 11 filed on 4/16/09. However, Claim No. 11, dated 4/10/09, filed on 4/16/09, was withdrawn by Letter of the IRS filed with the Cankrupcy Court on 2/18/09 stating the "Claim is no longer in force and effect". ||||||||
| 2 | David Orlando | Priority | 433.11 | 433.11 | 0.00 | 433.11 | 433.11 | 3,586.98 |
| | **Claim Memo:** Represents an unsecured priority claim for advanced payment as a deposit on aircraft rental. ||||||||
| 6 | Patrick McGuire | Priority | 60.51 | 60.51 | 0.00 | 60.51 | 60.51 | 3,526.47 |
| | **Claim Memo:** Represents an unsecured priority claim for a flight student's payment as a "deposit" paid on account. ||||||||
| 16 | Eric Paredes | Priority | 342.78 | 342.78 | 0.00 | 342.78 | 342.78 | 3,183.69 |
| | **Claim Memo:** Represents an unsecured priority claim for flight student's dpeosit payment on account. ||||||||
| 1 | FIA Card Services, N.A. | Unsecured | 26,796.46 | 26,796.46 | 0.00 | 26,796.46 | 203.82 | 2,979.87 |
| | **Claim Memo:** Represents an unsecured claim for credit card account #6382 originated with Bank of America. ||||||||
| 3 | Law Office of Brunn & Flynn | Unsecured | 57,137.74 | 0.00 | 0.00 | 0.00 | 0.00 | 2,979.87 |
| | **Claim Memo:** Represents an unsecured claim for legal services. This Claim was amended by Claim No. 10 filed on 4/13/09. ||||||||
| 4 | Heartland Payment System | Unsecured | 1,260.08 | 1,260.08 | 0.00 | 1,260.08 | 9.58 | 2,970.29 |
| | **Claim Memo:** Represents an unsecured claim for merchant services. ||||||||
| 5 | John Niemeyer | Unsecured | 1,080.00 | 1,080.00 | 0.00 | 1,080.00 | 8.21 | 2,962.08 |
| | **Claim Memo:** Represents an unsecured claim for a flight student's credit on account. ||||||||
| 7 | Chase Bank USA | Unsecured | 18,265.61 | 18,265.61 | 0.00 | 18,265.61 | 138.93 | 2,823.15 |
| | **Claim Memo:** Represents an unsecured claim for credit card account #1248. ||||||||
| 8 | City of Modesto | Unsecured | 6,177.96 | 6,177.96 | 0.00 | 6,177.96 | 46.99 | 2,776.16 |
| | **Claim Memo:** Represents an unsecured claim for lease accounts no. 6523 and no. 12433 for Aircraft Hanger rental. ||||||||
| 9 | PYOD, LLC | Unsecured | 13,354.19 | 13,354.19 | 0.00 | 13,354.19 | 101.57 | 2,674.59 |
| | **Claim Memo:** Represents an unsecured claim for credit card account #3453 originated with CitiBank. ||||||||
| 10 | Law Office of Brunn & Flynn | Unsecured | 57,968.99 | 57,968.99 | 0.00 | 57,968.99 | 440.92 | 2,233.67 |
| | **Claim Memo:** Represents an unsecured claim for legal services. This Claim amended prior Claim no. 3 filed on 3/2/09 ||||||||
| 12 | U.S. Bank N.A. / Retail Payment Solutions | Unsecured | 14,041.12 | 14,041.12 | 0.00 | 14,041.12 | 106.80 | 2,126.87 |
| | **Claim Memo:** Represents an unsecured claim for credit card account #9702. ||||||||

## Claims Proposed Distribution

### Case: 09-22308-C-7    Corbett, Richard David

| Case Balance: | $5,300.10 | Total Proposed Payment: | $5,300.10 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 15 | American Express Centurion Bank | Unsecured | 3,352.06 | 3,352.06 | 0.00 | 3,352.06 | 25.50 | 2,101.37 |
| | **Claim Memo:** Represents an unsecured claim for credit card account #1003. | | | | | | | |
| 18 | Business Lenders, LLC | Unsecured | 276,273.68 | 276,273.68 | 0.00 | 276,273.68 | 2,101.37 | 0.00 |
| | **Claim Memo:** Represents an unsecured claim for an SBA Business Loan for the Modesto Flight Center which is personally guaranteed by the Debtor. | | | | | | | |
| 19 | Gilton Solid Waste Management | Unsecured | 101.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Claim Memo:** Represents an unsecured claim for utility services provided. However, the net distribution under this very small claim will result in de minimus amount of less than $1.00. | | | | | | | |
| | **Total for Case 09-22308-C-7 :** | | **$607,998.64** | **$430,686.56** | **$10,000.00** | **$420,686.56** | **$5,300.10** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $1,280.01 | $1,280.01 | $0.00 | $1,280.01 | 100.000000% |
| **Total Priority Claims :** | $6,829.53 | $836.40 | $0.00 | $836.40 | 100.000000% |
| **Total Secured Claims :** | $124,080.06 | $10,000.00 | $10,000.00 | $0.00 | 100.000000% |
| **Total Unsecured Claims :** | $475,809.04 | $418,570.15 | $0.00 | $3,183.69 | 0.760611% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-22308-C-7
Case Name: Corbett, Richard David
Trustee Name: Michael F. Burkart

Claims of secured creditors will be paid as follows:

*Claimant*                                                             *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Michael F. Burkart | $ 1,280.01 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $836.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | David Orlando | $ 433.11 | $ 433.11 |
| 6 | Patrick McGuire | $ 60.51 | $ 60.51 |
| 16 | Eric Paredes | $ 342.78 | $ 342.78 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 418,570.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | FIA Card Services, N.A. | $ 26,796.46 | $ 203.82 |
| 4 | Heartland Payment System | $ 1,260.08 | $ 9.58 |
| 5 | John Niemeyer | $ 1,080.00 | $ 8.21 |
| 7 | Chase Bank USA | $ 18,265.61 | $ 138.93 |
| 8 | City of Modesto | $ 6,177.96 | $ 46.99 |
| 9 | PYOD, LLC | $ 13,354.19 | $ 101.57 |
| 10 | Law Office of Brunn & Flynn | $ 57,968.99 | $ 440.92 |
| 12 | U.S. Bank N.A. / Retail Payment Solutions | $ 14,041.12 | $ 106.80 |
| 15 | American Express Centurion Bank | $ 3,352.06 | $ 25.50 |
| 18 | Business Lenders, LLC | $ 276,273.68 | $ 2,101.37 |

UST Form 101-7-TFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**